United States District Court
Southern District of Texas
**ENTERED**
September 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:18-MJ-3610-2 |
| | § | |
| HOLLY ANN GOERGES | § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant's personal information has not been verified to the satisfaction of the undersigned. The defendant has not presented a suitable release plan. None of the persons identified by Ms. Georges believe she is a good candidate for bond. Further, the defendant has a history of substance abuse, mental health problems and unstable/unsuitable housing. The findings and conclusions contained in the Pretrial Services Report are adopted and the defendant is ordered detained pending trial. However, counsel for defendant may move to re-open the detention hearing upon full verification of the defendant's personal information and presentation of a suitable release plan

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 7th day of September, 2018.

_____
Jason B. Libby
United States Magistrate Judge